MARC C. ROSENBERG  BAR NO. 174592
LAW OFFICES OF MARC C. ROSENBERG
18321 Ventura Boulevard, Suite 860
Tarzana, California 91356
(818) 776-0012 telephone
(818) 776-0892 fax

HOWARD GERTZ  BAR NO. 82111
GERTZ & LAURIE
18321 Ventura Boulevard, Suite 860
Tarzana, California 91356
(818) 345-0123 telephone
(818) 776-0892 fax
Attorneys for Plaintiff

Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION - RIVERSIDE

ROBERT HART,

    Plaintiff,

-vs-

ALLSTATE INSURANCE COMPANY, et al.,

    Defendants.

CASE NO. EDCV 10-00175 VAP(OPx)

ASSIGNED FOR ALL PURPOSES TO
HON. VIRGINIA A. PHILLIPS
COURTROOM # 2

ORDER TO REMAND

PURSUANT TO THE STIPULATION AND REQUEST OF THE PARTIES HERETO, and good cause appearing therefor,

IT IS ORDERED that the parties' request to remand this matter is granted and the clerk is directed to remand this action to the San Bernardino Superior Court forthwith.

DATED: May 13 2010

VIRGINIA A. PHILLIPS

_Virginia A. Phillips_
JUDGE OF THE DISTRICT COURT

1

Order to Remand